UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| BUCHANAN TECHNOLOGIES, INC., | : | CASE NO. 3:10-CV-00440-WHR |
| Plaintiff, | : | (Judge Walter H. Rice) |
| v. | : | |
| JASON D. EVANS, | : | ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE |
| Defendant. | : | |

Before the Court is the parties' Joint Motion to Dismiss with Prejudice, filed April 20, 2012. The Court determines that the motion should be, and is **GRANTED**. Accordingly, all claims, causes of action, and requests for relief by the parties are dismissed with prejudice. Each party will bear its/his own costs and attorneys' fees associated with this case.

It is so **ORDERED** this ___ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

607677.1